IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DIANE POOSER and LEROY POOSER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CV 124-114 |
| ) | |
| WAL-MART STORES EAST, L.P.; ) | |
| LATORA SMITH; and JOHN DOES # 2-5, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Plaintiffs' Motion to Remand, (doc. no. 16), **DENIES AS MOOT** Plaintiffs' Motion for Leave to Add Parties, (doc. no. 15), **REMANDS** this case to the Superior Court of Richmond County, Georgia, case number 2024RCCV00305, for lack of subject-matter jurisdiction. The Court further **DIRECTS** the Clerk to **TERMINATE** all pending motions, and **CLOSES** this civil action.

SO ORDERED this 21ST day of October, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA