AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DIANE POOSER and LEROY POOSER,

        Plaintiffs,

v.

WAL-MART STORES EAST, L.P.; LATORA SMITH; and JOHN DOES #2-5,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-114

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered October 21, 2024, the Court adopts the Magistrate Judge's Report and Recommendation as it's opinion, grants Plaintiffs' Motion to Remand, denies as moot Plaintiffs' Motion for Leave to Add Parties, and remands this case to the Superior Court of Richmond County. This case stands closed.

10/21/2024
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020